Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−15579−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis John Dailey
aka Dennis Dailey
747 Millbrook Rd
Brick, NJ 08724

Catherine A. Dailey
747 Millbrook Rd
Brick, NJ 08724

Social Security No.:
xxx−xx−8325

xxx−xx−1209

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/30/20 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with American Honda Finance Corp. (re: 2014 Honda CRV) Filed by American Honda Finance Corp.. Hearing scheduled for 6/30/2020 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 6/11/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis John Dailey  
Catherine A. Dailey  
     Debtors

Case No. 20-15579-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 11, 2020  
                       Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.  
db/jdb       +Dennis John Dailey,    Catherine A. Dailey,    747 Millbrook Rd,    Brick, NJ 08724-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 11 2020 23:06:40     American Honda Finance Corp.,    P.O. Box 168088,    Irving, TX 75016-8088  
                                                                                                                                                                   TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Joint Debtor Catherine A. Dailey courtdocs@oliverandlegg.com,    R59915@notify.bestcase.com  
         William H. Oliver, Jr.    on behalf of Debtor Dennis John Dailey courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
                                                                                                                                                                                                           TOTAL: 5