UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dennis and Catherine Dailey

Case No.: 20-15579
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __August 25, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
747 Millbrook Road
Brick, New Jersey
valued at $343,000.00

Liens on property:
Quicken Loans, $283,422.00
costs of sale estimated at 10%, or $34,000.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                                     United States Bankruptcy Court
                                          District of New Jersey
In re:                                                                              Case No. 20-15579-KCF
Dennis John Dailey                                                                  Chapter 7
Catherine A. Dailey
         Debtors                              CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                Page 1 of 4                    Date Rcvd: Jul 28, 2020
                                  Form ID: pdf905            Total Noticed: 102

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db/jdb         +Dennis John Dailey,    Catherine A. Dailey,    747 Millbrook Rd.,    Brick, NJ 08724-1024
cr             +Quicken Loans Inc.,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
518803095      +American Express,    c/o Doyle & Hoefs, LLC,    25 Smith St., Ste. 415,    Nanuet, NY 10954-2912
518803094       American Express,    c/o Apothaker Scian PC,    520 Fellowship Rd., Ste. C306,   PO Box 5496,
                 Mount Laurel, NJ 08054-5496
518803098      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
518803097      +Amex,   Attn: Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518803099      +Arrowhead Family Dental,    2024 Route 88,    Brick, NJ 08724-3226
518803093     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886-5019)
518803103      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518803100      +Bank of America,    c/o Rubin & Rothman LLC,    1787 Veterans Hwy Ste. 32,    PO Box 9003,
                 Islandia, NY 11749-9003
518803102       Bank of America,    c/o Mercantile,    165 Lawrence Bell Dr.,    Ste. 100,
                 Buffalo, NY 14221-7900
518803104      +Bank of America NA,    c/o Credit Control LLC,    PO Box 546,    Hazelwood, MO 63042-0546
518803105       Capital One,    c/o Pressler & Pressler LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
518803109       Capital One NA,    PO Box 71087,    Charlotte, NC 28272-1087
518803111      +Cavalry/Citibank/Home Depot,    c/o Cawley & Bergmann LLC,    117 Kinderkamack Rd.,   Ste. 201,
                 River Edge, NJ 07661-1916
518803115      +Citbank NA/The Home Depot,    c/o D&A Services LLC,    1400 E. Touhy Ave.,   Ste. G2,
                 Des Plaines, IL 60018-3338
518803122       CitiBank N.A.,    P. O. Box 209020,    Brooklyn, NY 11220-9020
518803120      +Citibank,    c/o Unifund Ccr Llc,    10625 Techwoods Circle,   Cincinnati, OH 45242-2846
518803119      +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
518803117      +Citibank,    c/o Citicorp Credit Srvs,    Attn: Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
518803121       Citibank,    P.O. Box 8109,    South Hackensack, NJ 07606
518803129       Citibank NA/UFA,    c/o LTD,   3200 Wilcrest Ste. 600,    Houston, TX 77042-6000
518803128      +Citibank Na,    c/o Unifund Ccr Llc,    Attn: Bankruptcy Department,    10625 Techwood Cir.,
                 Cincinnati, OH 45242-2846
518803133      +Citibank/The Home Depot,    c/o Radius Global Solutions,    PO Box 390905,
                 Minneapolis, MN 55439-0905
518803134      +Citibank/The Home Depot,    c/o Citicorp Credit Srvs,    Attn: Centralized Bk dept,
                 Po Box 790034,    St Louis, MO 63179-0034
518803131       Citibank/The Home Depot,    c/o Apothaker Scian PC,    520 Fellowship Rd., Ste. C306,
                 PO Box 5496,    Mount Laurel, NJ 08054-5496
518803132      +Citibank/The Home Depot,    c/o United Collection Bureau Inc.,    PO Box 140310,
                 Toledo, OH 43614-0310
518803136      +Court Officer - Anthony Favorito,    PO Box 450,    Re: DC-004646-18,   Toms River, NJ 08754-0450
518803137      +Court Officer - Anthony Favorito,    PO Box 450,    Toms River, NJ 08754-0450
518803138      +Court Officer Delia M. Groeling,    PO Box 537,,    Re: DC-009628-17,   Barnegat, NJ 08005-0537
518803140       Discover Bank,    c/o Forster Garbus & Garbus,    60 Motor Parkway,   Commack, NY 11725-5710
518803141       Discover Financial,    c/o Pressler Felt & Warshaw LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
518803147      +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
518803148      +Glenn Mass, Court Officer,    Supiero Court of NJ - Special Civil Part,    P.O. Box 312,
                 Toms River, NJ 08754-0312
518803150       HSBC,   PO Box 80053,    Salinas, CA 93912-0053
518803149       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
518803151      +Hsbc Bank Nevada N.A.,    Portfolio Recovery,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
518803159      +L.L. Bean,    c/o Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
518803160      +LL Bean Visa Card,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
518803161       LLBean Mastercard,    PO Box 9001068,    Louisville, KY 40290-1068
518803164      +North Star Capital,    c/o Ralph Gulko, Esq.,    220 John Glenn Dr.,   Buffalo, NY 14228-2246
518803168      +Ocean County Superior Court,    Special Civil Part - DC-001010-19,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803171      +Ocean County Superior Court,    Special Civil Part - DC-001706-17,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803167      +Ocean County Superior Court,    Special Civil Part - DC-001850-09,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803175      +Ocean County Superior Court,    Special Civil Part - DC-003357-04,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803165      +Ocean County Superior Court,    Special Civil Part - DC-004646-18,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803166      +Ocean County Superior Court,    Special Civil Part - DC-004660-19,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803172      +Ocean County Superior Court,    Special Civil Part - DC-005402-01,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803170      +Ocean County Superior Court,    Special Civil Part - DC-009628-17,    118 Washington Street,
                 Toms River, NJ 08753-7626
518803169      +Ocean County Superior Court,    Special Civil Part - DC-013143-19,    118 Washington Street,
                 Toms River, NJ 08753-7626
```

```
District/off: 0312-3          User: admin               Page 2 of 4                    Date Rcvd: Jul 28, 2020
                              Form ID: pdf905           Total Noticed: 102


518803174     +Ocean County Superior Court,    Special Civil Part - SC-000646-03,    118 Washington Street,
               Toms River, NJ 08753-7626
518803173     +Ocean County Superior Court,    Special Civil Part - SC-002120-02,    118 Washington Street,
               Toms River, NJ 08753-7626
518803176     +Orthopaedic Insitute,    226 Route 37 West,   Toms River, NJ 08755-8047
518803181      Synchrony Bank/JCP,    c/o Selip & Stylianou LLP,    10 Forest Ave., Ste. 300,    PO Box 914,
               Paramus, NJ 07653-0914
518803183     +The Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518803182     +The Home Depot,    c/o Citibank,    Po Box 6497,   Sioux Falls, SD 57117-6497
518803185     +Verizon,    c/o Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,
               Atlanta, GA 30356-0424
518803186     +Verizon,    c/o Trident Asset Management,    10375 Old Alabama Road Co,
               Alpharetta, GA 30022-1122
518803188      Verizon/US Asset Management Inc.,    c/o EOS CCA,    PO Box 981008,   Boston, MA 02298-1008
518803193     +Wells Fargo Bank NA,    MAC N8235-040,    7000 Vista Dr.,   West Des Moines, IA 50266-9310
518803195     +Wf/Fmg,    Po Box 14517,    Des Moines, IA 50306-3517
518803194     +Wf/Fmg,    Attn: Bankruptcy,    Po Box 10438 Mac F8235-02f,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2020 23:12:03     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2020 23:12:01     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 28 2020 23:12:07     American Honda Finance Corp.,
               P.O. Box 168088,    Irving, TX 75016-8088
518803108     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:30     Capital One,
               c/o Portfolio Recovery,    PO Box 12914,   Norfolk, VA 23541-0914
518803106     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2020 23:20:01     Capital One,
               Po Box 30253,    Salt Lake City, UT 84130-0253
518803107     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2020 23:20:51     Capital One,
               AttnL: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518803112      E-mail/Text: legal@arsnational.com Jul 28 2020 23:11:44     Chase Bank USA NA,
               c/o ARS National Services Inc.,    PO Box 469046,    Escondido, CA 92046-9046
518803118     +E-mail/Text: bankruptcy@cavps.com Jul 28 2020 23:12:15     Citibank,
               c/o Cavalry Portfolio Services,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
518803116     +E-mail/Text: bankruptcy@cavps.com Jul 28 2020 23:12:15     Citibank,
               c/o Cavalry Portfolio Services,    500 Summit Lake,    Suite 400,   Valhalla, NY 10595-2321
518803126      E-mail/Text: cms-bk@cms-collect.com Jul 28 2020 23:11:43     Citibank NA,
               c/o Capital Management Services LP,    698 1/2 South Ogden Str.,    Buffalo, NY 14206-2317
518803124      E-mail/Text: legal@arsnational.com Jul 28 2020 23:11:44     Citibank NA,
               c/o ARS National Services Inc.,    PO Box 469100,    Escondido, CA 92046-9100
518803123     +E-mail/Text: bankruptcy@cavps.com Jul 28 2020 23:12:15     Citibank NA,    c/o Cavalry,
               PO Box 520,    Valhalla, NY 10595-0520
518803125     +E-mail/Text: mediamanagers@clientservices.com Jul 28 2020 23:11:20     Citibank NA,
               c/o Client Services Inc.,    PO Box 1503,   Saint Peters, MO 63376-0027
518803127     +E-mail/Text: bankruptcy@affglo.com Jul 28 2020 23:12:03     Citibank NA,
               c/o Global Credit & Collection Corp,    5440 N Cumberland Ave.,    Ste. 300,
               Chicago, IL 60656-1486
518803130     +E-mail/Text: jessicajones@cpcrecovery.com Jul 28 2020 23:12:24     Citibank Na/Unifund,
               c/o Central Portfolio Control Inc,    10249 Yellow Circle Dr.,    Ste. 200,
               Hopkins, MN 55343-9111
518803135      E-mail/Text: data_processing@fin-rec.com Jul 28 2020 23:11:43     Citibank/The Home Depot,
               c/o Financial Recovery Services Inc.,    PO Box 385908,   Minneapolis, MN 55438-5908
518803142      E-mail/Text: mrdiscen@discover.com Jul 28 2020 23:11:25     Discover Financial,    Pob 15316,
               Wilmington, DE 19850
518803139      E-mail/Text: mrdiscen@discover.com Jul 28 2020 23:11:25     Discover,    PO Box 71084,
               Charlotte, NC 28272-1084
518803143     +E-mail/Text: mrdiscen@discover.com Jul 28 2020 23:11:25     Discover Financial,
               Attn: Bankruptcy,    PO Box 3025,   New Albany, OH 43054-3025
518803144     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 28 2020 23:12:26     Fingerhut,    Po Box 166,
               Newark, NJ 07101-0166
518803153      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 28 2020 23:11:35     Internal Revenue Service,
               Federal Payment Levy Program,    STOP 5050, ANNEX 5,    PO Box 219236,
               Kansas City, MO 64121-9236
518803155     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2020 23:20:21     JCPenney,    P.O. Box 960001,
               Orlando, FL 32896-0001
518803156     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2020 23:20:21     JCPenny,    c/o Synchrony Bank,
               Po Box 960061,    Orlando, FL 32896-0061
518803146      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 23:12:11     Fingerhut Direct Mrkting,
               c/o Jefferson Capital Systems, LLC,    16 Mcleland Rd,    Saint Cloud, MN 56303
518803145      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 23:12:11     Fingerhut Direct Mrkting,
               c/o Jefferson Capital Systems, LLC,    Attn: Bankruptcy,    16 Mcleland Road,
               Saint Cloud, MN 56303
518803110      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 28 2020 23:19:57     Cardmember Service,
               PO Box 1423,    Charlotte, NC 28201-1423
518803114      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 28 2020 23:20:48     Chase Card Services,
               Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850
518803113      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 28 2020 23:20:24     Chase Card Services,
               Po Box 15369,    Wilmington, DE 19850
```

```
District/off: 0312-3           User: admin              Page 3 of 4               Date Rcvd: Jul 28, 2020
                               Form ID: pdf905          Total Noticed: 102


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518803162        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2020 23:20:26      Lord & Taylor,
                 c/o Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
518803163       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:32
                 Lord & Taylor/ Cap One/ Synchrony Bank,     c/o Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502-4952
518803177        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:04
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
518803178       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 28 2020 23:12:18       Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518803179       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 28 2020 23:12:18       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518803180       +E-mail/Text: newyork.bnc@ssa.gov Jul 28 2020 23:12:20      Social Security Administration,
                 P. O. Box 3430,    Philadelphia, PA 19122-0430
518804431       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2020 23:20:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518803187       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2020 23:11:13
                 Verizon,    P.O. Box 4833,    Trenton, NJ 08650-4833
518803189       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2020 23:20:21      Walmart,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
518803190       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:05
                 Walmart/Synchrony Bank,    c/o Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfold, VA 23502-4952
518803191       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:56
                 Walmart/Synchrony Bank,    c/o Portfolio Recovery,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
518803192       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2020 23:20:56
                 Walmart/Synchrony Bank,    c/o Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541-0914
                                                                                              TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518803157        Kevins Landscaping,    614 Rispo Dr.,    VI 00874-2000
518803096*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
518803101*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    Po Box 982238,    El Paso, TX 79998)
518803152*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
518803184*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   US Department of the Treasury,    Bureau of the Fiscal Service,
                 PO Box 1686,    Birmingham, AL 35201)
518803154       ##+Jackson Capital Inc.,    c/o Martin Smith, Esq.,    1119 Springfield Rd.,    Union, NJ 07083-8148
518803158       ##+L.L. Bean,    c/o Global Credit & Collection Corp,    PO Box 2127,    Schiller Park, IL 60176-0127
                                                                                   TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jul 28, 2020
                              Form ID: pdf905          Total Noticed: 102
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

      Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      William H. Oliver, Jr.    on behalf of Joint Debtor Catherine A. Dailey courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

      William H. Oliver, Jr.    on behalf of Debtor Dennis John Dailey courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

      TOTAL: 6