| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dennis John Dailey**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8325<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Catherine A. Dailey**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1209<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–15579–KCF | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dennis John Dailey
aka Dennis Dailey

Catherine A. Dailey

_7/31/20_

**By the court:**   <u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 20-15579-KCF
Dennis John Dailey                                              Chapter 7
Catherine A. Dailey
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 4              Date Rcvd: Jul 31, 2020
                              Form ID: 318               Total Noticed: 103

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db/jdb         +Dennis John Dailey,   Catherine A. Dailey,   747 Millbrook Rd.,    Brick, NJ 08724-1024
cr             +Quicken Loans Inc.,   216 Haddon Avenue,   Ste 406,   Westmont, NJ 08108-2812
518803095      +American Express,   c/o Doyle & Hoefs, LLC,   25 Smith St., Ste. 415,    Nanuet, NY 10954-2912
518803094       American Express,   c/o Apothaker Scian PC,   520 Fellowship Rd., Ste. C306,   PO Box 5496,
                 Mount Laurel, NJ 08054-5496
518803099      +Arrowhead Family Dental,   2024 Route 88,   Brick, NJ 08724-3226
518803100      +Bank of America,   c/o Rubin & Rothman LLC,   1787 Veterans Hwy Ste. 32,   PO Box 9003,
                 Islandia, NY 11749-9003
518803102       Bank of America,   c/o Mercantile,   165 Lawrence Bell Dr.,   Ste. 100,
                 Buffalo, NY 14221-7900
518803104      +Bank of America NA,   c/o Credit Control LLC,   PO Box 546,   Hazelwood, MO 63042-0546
518803105       Capital One,   c/o Pressler & Pressler LLP,   7 Entin Rd.,   Parsippany, NJ 07054-5020
518803109       Capital One NA,   PO Box 71087,   Charlotte, NC 28272-1087
518803111      +Cavalry/Citibank/Home Depot,   c/o Cawley & Bergmann LLC,   117 Kinderkamack Rd.,   Ste. 201,
                 River Edge, NJ 07661-1916
518803115      +Citbank NA/The Home Depot,   c/o D&A Services LLC,   1400 E. Touhy Ave.,   Ste. G2,
                 Des Plaines, IL 60018-3338
518803122       CitiBank N.A.,   P. O. Box 209020,   Brooklyn, NY 11220-9020
518803120      +Citibank,   c/o Unifund Ccr Llc,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
518803129       Citibank NA/UFA,   c/o LTD,   3200 Wilcrest Ste. 600,   Houston, TX 77042-6000
518803128      +Citibank Na,   c/o Unifund Ccr Llc,   Attn: Bankruptcy Department,   10625 Techwood Cir.,
                 Cincinnati, OH 45242-2846
518803131       Citibank/The Home Depot,   c/o Apothaker Scian PC,   520 Fellowship Rd., Ste. C306,
                 PO Box 5496,   Mount Laurel, NJ 08054-5496
518803132      +Citibank/The Home Depot,   c/o United Collection Bureau Inc.,   PO Box 140310,
                 Toledo, OH 43614-0310
518803133      +Citibank/The Home Depot,   c/o Radius Global Solutions,   PO Box 390905,
                 Minneapolis, MN 55439-0905
518803136      +Court Officer - Anthony Favorito,   PO Box 450,   Re: DC-004646-18,   Toms River, NJ 08754-0450
518803137      +Court Officer - Anthony Favorito,   PO Box 450,   Toms River, NJ 08754-0450
518803138      +Court Officer Delia M. Groeling,   PO Box 537,,   Re: DC-009628-17,   Barnegat, NJ 08005-0537
518803140       Discover Bank,   c/o Forster Garbus & Garbus,   60 Motor Parkway,   Commack, NY 11725-5710
518803141       Discover Financial,   c/o Pressler Felt & Warshaw LLP,   7 Entin Rd.,
                 Parsippany, NJ 07054-5020
518803148      +Glenn Mass, Court Officer,   Supiero Court of NJ - Special Civil Part,   P.O. Box 312,
                 Toms River, NJ 08754-0312
518803149       Home Depot Credit Services,   PO Box 9001010,   Louisville, KY 40290-1010
518803151      +Hsbc Bank Nevada N.A.,   Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
518803160      +LL Bean Visa Card,   Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
518803161       LLBean Mastercard,   PO Box 9001068,   Louisville, KY 40290-1068
518803164      +North Star Capital,   c/o Ralph Gulko, Esq.,   220 John Glenn Dr.,   Buffalo, NY 14228-2246
518803168      +Ocean County Superior Court,   Special Civil Part - DC-001010-19,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803171      +Ocean County Superior Court,   Special Civil Part - DC-001706-17,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803167      +Ocean County Superior Court,   Special Civil Part - DC-001850-09,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803175      +Ocean County Superior Court,   Special Civil Part - DC-003357-04,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803165      +Ocean County Superior Court,   Special Civil Part - DC-004646-18,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803166      +Ocean County Superior Court,   Special Civil Part - DC-004660-19,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803172      +Ocean County Superior Court,   Special Civil Part - DC-005402-01,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803170      +Ocean County Superior Court,   Special Civil Part - DC-009628-17,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803169      +Ocean County Superior Court,   Special Civil Part - DC-013143-19,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803174      +Ocean County Superior Court,   Special Civil Part - SC-000646-03,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803173      +Ocean County Superior Court,   Special Civil Part - SC-002120-02,   118 Washington Street,
                 Toms River, NJ 08753-7626
518803176      +Orthopaedic Insitute,   226 Route 37 West,   Toms River, NJ 08755-8047
518803181       Synchrony Bank/JCP,   c/o Selip & Stylianou LLP,   10 Forest Ave., Ste. 300,   PO Box 914,
                 Paramus, NJ 07653-0914
518803185      +Verizon,   c/o Trident Asset Management,   Attn: Bankruptcy,   Po Box 888424,
                 Atlanta, GA 30356-0424
518803186      +Verizon,   c/o Trident Asset Management,   10375 Old Alabama Road Co,
                 Alpharetta, GA 30022-1122
518803188       Verizon/US Asset Management Inc.,   c/o EOS CCA,   PO Box 981008,   Boston, MA 02298-1008
```

```
District/off: 0312-3              User: admin                Page 2 of 4                  Date Rcvd: Jul 31, 2020
                                  Form ID: 318               Total Noticed: 103


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr               EDI: HNDA.COM Aug 01 2020 03:03:00      American Honda Finance Corp.,    P.O. Box 168088,
                 Irving, TX 75016-8088
518803097       +EDI: AMEREXPR.COM Aug 01 2020 03:03:00      Amex,   Attn: Correspondence/Bankruptcy,
                 Po Box 981540,    El Paso, TX 79998-1540
518803098       +EDI: AMEREXPR.COM Aug 01 2020 03:03:00      Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
518803101        EDI: BANKAMER.COM Aug 01 2020 03:03:00      Bank of America,    Po Box 982238,
                 El Paso, TX 79998
518803093        EDI: BANKAMER.COM Aug 01 2020 03:03:00      AAA Financial Services,    PO Box 15019,
                 Wilmington, DE 19886-5019
518803103       +EDI: BANKAMER.COM Aug 01 2020 03:03:00      Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa, FL 33634-2413
518803108       +EDI: PRA.COM Aug 01 2020 03:03:00     Capital One,    c/o Portfolio Recovery,   PO Box 12914,
                 Norfolk, VA 23541-0914
518803106       +EDI: CAPITALONE.COM Aug 01 2020 03:03:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
518803107       +EDI: CAPITALONE.COM Aug 01 2020 03:03:00      Capital One,    AttnL: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518803112        EDI: ARSN.COM Aug 01 2020 03:03:00     Chase Bank USA NA,    c/o ARS National Services Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
518803121        EDI: CITICORP.COM Aug 01 2020 03:03:00      Citibank,    P.O. Box 8109,
                 South Hackensack, NJ 07606
518803118       +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 23:47:42      Citibank,
                 c/o Cavalry Portfolio Services,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
518803116       +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 23:47:42      Citibank,
                 c/o Cavalry Portfolio Services,    500 Summit Lake,   Suite 400,    Valhalla, NY 10595-2321
518803117       +EDI: CITICORP.COM Aug 01 2020 03:03:00      Citibank,   c/o Citicorp Credit Srvs,
                 Attn: Centralized Bk dept,    Po Box 790034,    St Louis, MO 63179-0034
518803119       +EDI: CITICORP.COM Aug 01 2020 03:03:00      Citibank,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
518803126        E-mail/Text: cms-bk@cms-collect.com Jul 31 2020 23:47:04      Citibank NA,
                 c/o Capital Management Services LP,    698 1/2 South Ogden Str.,    Buffalo, NY 14206-2317
518803124        EDI: ARSN.COM Aug 01 2020 03:03:00     Citibank NA,    c/o ARS National Services Inc.,
                 PO Box 469100,    Escondido, CA 92046-9100
518803123       +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 23:47:42      Citibank NA,   c/o Cavalry,
                 PO Box 520,   Valhalla, NY 10595-0520
518803125       +E-mail/Text: mediamanagers@clientservices.com Jul 31 2020 23:46:18      Citibank NA,
                 c/o Client Services Inc.,    PO Box 1503,    Saint Peters, MO 63376-0027
518803127       +E-mail/Text: bankruptcy@affglo.com Jul 31 2020 23:47:25      Citibank NA,
                 c/o Global Credit & Collection Corp,    5440 N Cumberland Ave.,   Ste. 300,
                 Chicago, IL 60656-1486
518803130       +E-mail/Text: jessicajones@cpcrecovery.com Jul 31 2020 23:47:55      Citibank Na/Unifund,
                 c/o Central Portfolio Control Inc,    10249 Yellow Circle Dr.,    Ste. 200,
                 Hopkins, MN 55343-9111
518803135        E-mail/Text: data_processing@fin-rec.com Jul 31 2020 23:47:04      Citibank/The Home Depot,
                 c/o Financial Recovery Services Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
518803134       +EDI: CITICORP.COM Aug 01 2020 03:03:00      Citibank/The Home Depot,   c/o Citicorp Credit Srvs,
                 Attn: Centralized Bk dept,    Po Box 790034,    St Louis, MO 63179-0034
518803142        EDI: DISCOVER.COM Aug 01 2020 03:03:00      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
518803139        EDI: DISCOVER.COM Aug 01 2020 03:03:00      Discover,   PO Box 71084,    Charlotte, NC 28272-1084
518803143       +EDI: DISCOVER.COM Aug 01 2020 03:03:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,   New Albany, OH 43054-3025
518803144       +EDI: BLUESTEM Aug 01 2020 03:03:00     Fingerhut,    Po Box 166,   Newark, NJ 07101-0166
518803147       +EDI: AMINFOFP.COM Aug 01 2020 03:03:00      First Premier Bank,    601 S. Minnesota Ave.,
                 Sioux Falls, SD 57104-4868
518803150        EDI: HFC.COM Aug 01 2020 03:03:00     HSBC,    PO Box 80053,   Salinas, CA 93912-0053
518803153        EDI: IRS.COM Aug 01 2020 03:03:00     Internal Revenue Service,    Federal Payment Levy Program,
                 STOP 5050, ANNEX 5,    PO Box 219236,    Kansas City, MO 64121-9236
518803155       +EDI: RMSC.COM Aug 01 2020 03:03:00     JCPenney,    P.O. Box 960001,   Orlando, FL 32896-0001
518803156       +EDI: RMSC.COM Aug 01 2020 03:03:00     JCPenny,    c/o Synchrony Bank,    Po Box 960061,
                 Orlando, FL 32896-0061
518803146        EDI: JEFFERSONCAP.COM Aug 01 2020 03:03:00      Fingerhut Direct Mrkting,
                 c/o Jefferson Capital Systems, LLC,    16 Mcleland Rd,    Saint Cloud, MN 56303
518803145        EDI: JEFFERSONCAP.COM Aug 01 2020 03:03:00      Fingerhut Direct Mrkting,
                 c/o Jefferson Capital Systems, LLC,    Attn: Bankruptcy,    16 Mcleland Road,
                 Saint Cloud, MN 56303
518803110        EDI: JPMORGANCHASE Aug 01 2020 03:04:00      Cardmember Service,    PO Box 1423,
                 Charlotte, NC 28201-1423
518803114        EDI: JPMORGANCHASE Aug 01 2020 03:04:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
```

```
District/off: 0312-3          User: admin                Page 3 of 4              Date Rcvd: Jul 31, 2020
                              Form ID: 318               Total Noticed: 103


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518803113       EDI: JPMORGANCHASE Aug 01 2020 03:04:00      Chase Card Services,    Po Box 15369,
                 Wilmington, DE 19850
518803159      +EDI: CITICORP.COM Aug 01 2020 03:03:00      L.L. Bean,   c/o Citi,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
518803162       EDI: CAPITALONE.COM Aug 01 2020 03:03:00      Lord & Taylor,   c/o Capital One Retail Services,
                 PO Box 71106,    Charlotte, NC 28272-1106
518803163      +EDI: PRA.COM Aug 01 2020 03:03:00      Lord & Taylor/ Cap One/ Synchrony Bank,
                 c/o Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502-4952
518803177       EDI: PRA.COM Aug 01 2020 03:03:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
518803178      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 31 2020 23:47:46       Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518803179      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 31 2020 23:47:46       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518803180      +E-mail/Text: newyork.bnc@ssa.gov Jul 31 2020 23:47:49      Social Security Administration,
                 P. O. Box 3430,    Philadelphia, PA 19122-0430
518804431      +EDI: RMSC.COM Aug 01 2020 03:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518803182      +EDI: CITICORP.COM Aug 01 2020 03:03:00      The Home Depot,   c/o Citibank,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
518803183      +EDI: CITICORP.COM Aug 01 2020 03:03:00      The Home Depot,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
518803187      +EDI: VERIZONCOMB.COM Aug 01 2020 03:03:00      Verizon,   P.O. Box 4833,
                 Trenton, NJ 08650-4833
518803189      +EDI: RMSC.COM Aug 01 2020 03:03:00      Walmart,   P.O. Box 530927,    Atlanta, GA 30353-0927
518803190      +EDI: PRA.COM Aug 01 2020 03:03:00      Walmart/Synchrony Bank,    c/o Portfolio Recovery,
                 Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502-4952
518803191      +EDI: PRA.COM Aug 01 2020 03:03:00      Walmart/Synchrony Bank,    c/o Portfolio Recovery,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518803192      +EDI: PRA.COM Aug 01 2020 03:03:00      Walmart/Synchrony Bank,
                 c/o Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk, VA 23541-0914
518803193      +EDI: WFFC.COM Aug 01 2020 03:03:00      Wells Fargo Bank NA,    MAC N8235-040,    7000 Vista Dr.,
                 West Des Moines, IA 50266-9310
518803194      +EDI: WFFC.COM Aug 01 2020 03:03:00      Wf/Fmg,   Attn: Bankruptcy,    Po Box 10438 Mac F8235-02f,
                 Des Moines, IA 50306-0438
518803195      +EDI: WFFC.COM Aug 01 2020 03:03:00      Wf/Fmg,   Po Box 14517,    Des Moines, IA 50306-3517
                                                                                               TOTAL: 57

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518803157       Kevins Landscaping,   614 Rispo Dr.,    VI 00874-2000
518803096*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,     201 Little Falls Drive,
                 Wilmington, DE 19808)
518803152*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,     Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
518803184*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: US Department of the Treasury,     Bureau of the Fiscal Service,
                 PO Box 1686,    Birmingham, AL 35201)
518803154      ##+Jackson Capital Inc.,    c/o Martin Smith, Esq.,    1119 Springfield Rd.,    Union, NJ 07083-8148
518803158      ##+L.L. Bean,   c/o Global Credit & Collection Corp,    PO Box 2127,    Schiller Park, IL 60176-0127
                                                                                     TOTALS: 1, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 4 of 4            Date Rcvd: Jul 31, 2020
                              Form ID: 318             Total Noticed: 103
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Catherine A. Dailey
           courtdocs@oliverandlegg.com, R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Dennis John Dailey courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```