Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20–15579–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis John Dailey
aka Dennis Dailey
747 Millbrook Rd
Brick, NJ 08724

Catherine A. Dailey
747 Millbrook Rd
Brick, NJ 08724

Social Security No.:
  xxx–xx–8325                      xxx–xx–1209

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 31, 2020</u>             <u>Kathryn C. Ferguson</u>
                                    Judge, United States Bankruptcy Court